IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| B. BRENT JONES and REBECCA H. JONES, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 4:12cv446 (Judge Clark/Judge Mazzant) |
| WELLS FARGO BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION, | § § § § § | |
| Defendants. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 12, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that defendants' Motion to Dismiss [Doc. #11] be denied. Defendants filed amended objections [Doc. #16], and plaintiffs filed a reply [Doc. #17].

The court, having made a *de novo* review of the objections raised by defendants [Doc. #16], is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that defendants' Motion to Dismiss [Doc. #11] is DENIED.

So **ORDERED** and **SIGNED** this **11** day of **November, 2012.**

_____
Ron Clark, United States District Judge